IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DANIEL LAFITTE DuMONDE,       *
#21609-001
    Plaintiff,                *

    v.                        *       2:08-CV-151-MHT

UNITED STATES DEPT. OF        *
JUSTICE, *et al.*,
                              *
    Defendants.

_____

**ORDER**

Plaintiff, an inmate incarcerated at the Maxwell Federal Prison Camp in Montgomery, Alabama, filed this civil action on March 4, 2008. He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before March 17, 2008 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1]

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

Plaintiff is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

  2.  The Clerk furnish Plaintiff with a form for use in filing a motion to proceed *in forma pauperis*.

  DONE this 7th day of March, 2008.

          /s/ Wallace Capel, Jr.
          WALLACE CAPEL, JR.
          UNITED STATES MAGISTRATE JUDGE