AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Daniel Lafitte Dumonde
Plaintiff

V.

U.S. Dept. of Justice et al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:08CV151-MHT

I, __DANIEL L. DUMONDE__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   JUNE, 1998

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I RECEIVE ONLY ABOUT 175-85 Dollars PER Month IN GIFTS, MORE THAN HALF of this Amount is used to Access of the COURTS, OFFICE Supplies, Postage, Etc. Purchases

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

N/A - NONE

I declare under penalty of perjury that the above information is true and correct.

MARCH 14, 2008                    [signature]
_____            _____
Date                            Signature of Applicant


**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| | | | | | | |
|---|---|---|---|---|---|---|
| MON | 1/24/2008 2:27:10 PM | 63 | | Sales | ($2.50) | $7.52 |
| MON | 1/23/2008 12:10:44 PM | TFN0123 | | Phone Withdrawal | ($3.00) | $10.02 |
| MON | 1/10/2008 11:09:57 AM | 26 | | Sales | ($24.60) | $13.02 |
| MON | 1/10/2008 11:07:12 AM | 25 | | Sales | ($36.35) | $37.62 |
| MON | 1/8/2008 3:23:41 PM | TFN0108 | | Phone Withdrawal | ($2.00) | $73.97 |
| MON | 1/8/2008 5:01:00 AM | 70199201 | | Lockbox - CD | $75.00 | $75.97 |
| MON | 1/6/2008 1:15:03 PM | TFN0106 | | Phone Withdrawal | ($3.00) | $0.97 |
| MON | 1/4/2008 3:32:30 PM | TFN0104 | | Phone Withdrawal | ($2.00) | $3.97 |
| MON | 1/4/2008 9:07:59 AM | HIPP1207 | | Payroll - IPP | $5.25 | $5.97 |
| MON | 1/3/2008 2:15:27 PM | TFN0103 | | Phone Withdrawal | ($2.00) | $0.72 |
| MON | 12/31/2007 6:02:28 PM | TFN1231 | | Phone Withdrawal | ($2.00) | $2.72 |
| MON | 12/29/2007 3:39:16 PM | TFN1229 | | Phone Withdrawal | ($2.00) | $4.72 |
| MON | 12/27/2007 5:22:32 PM | 69 | | Sales | ($16.40) | $6.72 |
| MON | 12/21/2007 5:31:05 PM | TFN1221 | | Phone Withdrawal | ($3.00) | $23.12 |
| MON | 12/17/2007 11:55:01 AM | 30 | | Sales | ($29.00) | $26.12 |
| MON | 12/15/2007 11:44:22 AM | TFN1215 | | Phone Withdrawal | ($2.00) | $55.12 |
| MON | 12/14/2007 12:32:36 PM | TFN1214 | | Phone Withdrawal | ($2.00) | $57.12 |

1 2 3

**Total Transactions: 134**

                                                                                                                                    **Totals:**    **($66.65)**    **$0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MON | $0.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.37 |
| **Totals:** | **$0.37** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.37** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,091.46 | $1,091.99 | $29.47 | $102.12 | $12.96 | N/A | N/A |

## Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 21609001 | Current Institution: Montgomery FPC |
| Inmate Name: | DUMONDE, DANIEL | Housing Unit: MON-O-B |
| Report Date: | 03/04/2008 | Living Quarters: 002-005L |
| Report Time: | 11:06:16 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MON | 2/28/2008 10:53:56 AM | 27 | | | Sales | ($18.70) | | $0.37 |
| MON | 2/27/2008 10:27:50 AM | TFN0227 | | | Phone Withdrawal | ($1.00) | | $19.07 |
| MON | 2/27/2008 7:35:00 AM | 70102701 | | | Lockbox - CD | $5.00 | | $20.07 |
| MON | 2/27/2008 7:34:55 AM | 70102701 | | | Lockbox - CD | $9.50 | | $15.07 |
| MON | 2/27/2008 7:34:50 AM | 70102701 | | | Lockbox - CD | $5.00 | | $5.57 |
| MON | 2/24/2008 3:09:56 PM | TFN0224 | | | Phone Withdrawal | ($2.00) | | $0.57 |
| MON | 2/22/2008 2:15:13 PM | TFN0222 | | | Phone Withdrawal | ($2.00) | | $2.57 |
| MON | 2/20/2008 3:40:54 PM | TFN0220 | | | Phone Withdrawal | ($2.00) | | $4.57 |
| MON | 2/19/2008 5:35:06 PM | TFN0219 | | | Phone Withdrawal | ($2.00) | | $6.57 |
| MON | 2/19/2008 2:58:55 PM | 35 | | | Sales | ($52.25) | | $8.57 |
| MON | 2/19/2008 5:15:55 AM | 70102104 | | | Lockbox - CD | $60.00 | | $60.82 |
| MON | 2/15/2008 11:13:52 AM | TFN0215 | | | Phone Withdrawal | ($2.00) | | $0.82 |
| MON | 2/14/2008 3:49:06 PM | HICP0208 | | | Inmate Co-pay | ($2.00) | | $2.82 |
| MON | 2/14/2008 10:35:32 AM | TFN0214 | | | Phone Withdrawal | ($1.00) | | $4.82 |
| MON | 2/12/2008 2:11:33 PM | TFN0212 | | | Phone Withdrawal | ($2.00) | | $5.82 |
| MON | 2/11/2008 2:29:53 PM | 30 | | | Sales | ($1.65) | | $7.82 |
| MON | 2/11/2008 2:28:11 PM | 29 | | | Sales | ($88.65) | | $9.47 |
| MON | 2/10/2008 12:31:50 PM | TFN0210 | | | Phone Withdrawal | ($2.00) | | $98.12 |
| MON | 2/8/2008 7:56:26 AM | TFN0208 | | | Phone Withdrawal | ($2.00) | | $100.12 |
| MON | 2/8/2008 5:26:25 AM | 70101501 | | | Lockbox - CD | $100.00 | | $102.12 |
| MON | 2/4/2008 3:21:33 PM | TFN0204 | | | Phone Withdrawal | ($3.00) | | $2.12 |
| MON | 2/4/2008 2:27:42 PM | 47 | | | Sales | ($6.35) | | $5.12 |
| MON | 2/4/2008 10:10:36 AM | HIPP0108 | | | Payroll - IPP | $5.25 | | $11.47 |
| MON | 2/2/2008 3:02:03 PM | TFN0202 | | | Phone Withdrawal | ($2.00) | | $6.22 |
| MON | 2/1/2008 1:18:09 PM | TFN0201 | | | Phone Withdrawal | ($3.00) | | $8.22 |
| MON | 2/1/2008 12:21:31 PM | TFN0201 | | | Phone Withdrawal | ($2.00) | | $11.22 |
| MON | 1/31/2008 10:44:02 AM | 13 | | | Sales | ($79.30) | | $13.22 |
| MON | 1/30/2008 5:40:50 PM | TFN0130 | | | Phone Withdrawal | ($2.00) | | $92.52 |
| MON | 1/29/2008 2:40:44 PM | TFN0129 | | | Phone Withdrawal | ($2.00) | | $94.52 |
| MON | 1/29/2008 2:26:09 PM | TFN0129 | | | Phone Withdrawal | ($2.00) | | $96.52 |
| MON | 1/29/2008 5:10:38 AM | 70100701 | | | Lockbox - CD | $95.00 | | $98.52 |
| MON | 1/25/2008 12:40:37 PM | TFN0125 | | | Phone Withdrawal | ($2.00) | | $3.52 |
| MON | 1/25/2008 12:30:54 PM | TFN0125 | | | Phone Withdrawal | ($2.00) | | $5.52 |

DANIEL DUMONDE PRO-SE
40160 9-001, MOBILE-B
FEDERAL PRISON CAMP, MAXWELL AFB
MONTGOMERY, AL., 36112

CLERK'S OFFICE
U.S DISTRICT COURT
ONE CHURCH STREET
MONTGOMERY, AL. 36104

36104+4014