IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

DANIEL LAFITTE DuMONDE,         *
         Plaintiff,             *
                                *
V.                              *   CASE   NO.   2:08-cv-151-MHT
                                *
UNITED STATES DEPT. OF JUSTICE; *
Et.Al.,                         *
         Defendants.            *
_____ /

## OBJECTIONS TO MAGISTRATE REPORT AND RECOMMENDATION

COMES THE PLAINTIFF, DANIEL LAFITTE DuMONDE, and Objects to The Magistrate's Report and Recommendantion in this case, and as follows:

(1) The Magistrate has cited 28 U.SC. §1915's provisions of a "Three Strike" prohibition against litigants proceeding in "Forma Pauperis", and that this provision precludes relief to the Plaintiff in this case as he has had three lawsuits dismissed in th past. The Magistrate has also cited that Plaintiff has not pleaded any exception to §1915's prohibition, by asserting any Physical Injury, or imminent danger.

(2) First, Plaintiff HAS PLEADED PHYSICAL INJURY: On Plaintiff's Complaint PAGE ONE, bottom paragraph, Plaintiff states that the Attorney General appears to ignore Irrefutable Facts- "at the Expense of of Plaintiff's CONTINUED LEGAL,-PHYSICAL-MENTAL AND EMOTIONAL INJURY". Id . Complaint Page ONE.

(PAGE ONE)

(2) Plaintiff asserts <u>Manifest Constitutional Error</u> in his Complaint, which contests the Authority of the Federal Government to have ever Seized the Plaintiff's Person-or the Subject Matter- and Plaintiff asserts, as per the language of the **Statute, Title 5-U.S.C., §702, as is the very Title of this Statute-**"RIGHT TO REVIEW", is unambiguous as to Congressional intent, being a "RIGHT".

(3) Plaintiff Objects that he was a lawfully <u>declared Medically Disabled Person</u> at the time of his illegal Abduction, first by the State of Alabama, and then by the Defendant U.S. DEPT OF JUSTICE of the same facts, and that after more than **FOUR Years of Jail and Prison, his (L-4 and L-5 Spinal Discs DIsability)** Has been <u>Made Worse</u> by his illegal confinement, and by the confinement in General, which has increased his Back-Pain.

(4) Plaintiff <u>HAS INJURED HIS KNEE</u> in Prison, and this Injury Remains very **Painful-<u>Requiring Surgery</u>. The Injury was sustained in Sept. 2006, and was examined by <u>Dr. Michael E. Freeman</u>, Montgomery, ALabama.** Plaintiff has refused neceessary surgery while in Prison, as he fears for his life to be anesthetized, that intentional and Mortal Injury may result from such anesthesia. Therefore, Plaintiff's injury is <u>Twofold</u>: **PHYSICAL PAIN, AND PHYSCHOLOGICAL INJURY BY EMOTIONAL DISTRESS/ANGUISH.** Plaintiff was warned by <u>Dr. Freeman</u> that should he injure the Knee again, the existing injury would be more serious to operate.

> " When threat or prison conditions is real and proximate, and when potential consequence is serious physical injury, then courthouse doors are open even to those who have filed three frivolous suits and do not have penny to their names".
> **<u>Lewis v. Sullivan</u>, (2002, CA7 Wis) 279 F3d 526.**

**(PAGE TWO)**

In Summary,

**Plaintiff Asserts** That he has "RIGHT" to review, when the Respondent/Defendants have **Duty** to determine, as does this Court, whether Personal Jurisidction of Plaintiff was ever had, and when Personal Jurisidiction is so contested. Plaintiff was and is Permanently medically disabled with Spinal Injury, and has not, and is not being given adequate Medical treatment for his lower Back. Plaintiff has also injured his Knee which requires immediate surgery, and remains in excruciating pain, afraid to be put to sleep for the needed Knee Surgery, and continues to suffer both Physical Pain and emotional Distress.

In Conclusion,

Plaintiff should be allowed, on the above premises considered, to Proceed to Review of his Egregious Unconstitutional and unlawful circumstance, without pre-payment of fees.

The Above Sworn under penalty for Perjury, Title 18, -U.S.C. §1621, and Title 28 U.S.C. §1746.

RESPECTFULLY SUBMITTED,

/s/ *[signature]*
DANIEL L. DuMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
FPC Maxwell Air Force Base
MONTGOMERY, ALABAMA, 36112

(PAGE THREE)

DANIEL L. DuMONDE
#21609-001, MOBILE-B
FEDERAL PRISON CAMP, MAXWELL AFB
MONTGOMERY, ALABAMA, 36112

TO: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ONE CHURCH STREET
MONTGOMERY, AL.,
36104