IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL LaFITTE DUMONDE,      )
                             )
    Plaintiff,                )
                             )
                             )     CIVIL ACTION NO.
    v.                       )       2:08cv151-MHT
                             )           (WO)
UNITED STATES DEPARTMENT     )
OF JUSTICE, et al.,          )
                             )
    Defendants.              )
```

OPINION

Plaintiff filed this lawsuit asserting various constitutional violations. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of April, 2008.

                             /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE