DANIEL L. DuMONDE, PRO-SE

1500 EXETER AVENUE, APT.#706

BESSEMER, ALABAMA, 35020

APRIL 10, 2008

CLERK'S OFFICE

U.S. DISTRICT COURT

ONE CHURCH STREET

MONTGOMERY, ALABAMA, 36104

                              RE: **NOTICE OF CHANGE OF ADDRESS**

                                   CV-2009-00155.00

                                   DANIEL DuMONDE V. U.S. DEPT. OF

                                   -JUSTICE, (ETC.,OTHER CASE)

DEAR CLERK

  Please take and record **Notice of Change on Address** in the above Referenced Case, and Any other Case by which I may have pending in this Court. Please direct any and all Co-respondence, order or Ruling in my matters before the Court to the above address.

                            THANK YOU

                           /s/ *[signature]*

                           DANIEL L. DuMONDE, PLAINTIFF, PRO-Se

DANIEL L. DuMONDE, PRO-SE

#21609-001, MOBILE-B

FEDERAL PRISON CAMP, MAXWELL AFB

MONTGOMERY, ALABAMA, 36112



CLERK'S OFFICE

UNITED STATES DISTRICT COURT

ONE CHURCH STREET

MONTGOMERY, ALABAMA, 36112